IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLOBALOPTIONS SERVICES, INC.  )
                              )   No. 3-10-0871
v.                            )
                              )
HALSEY FISCHER                )

O R D E R

The plaintiff's motion to amend case management order (Docket Entry No. 30) is GRANTED in part to the extent that the February 1, 2011, deadline for filing motions to amend pleadings or to add parties, as provided in the orders entered November 29, 2010 (Docket Entry Nos. 18-19), is extended to March 3, 2011.

The parties' joint motion for entry of agreed order (Docket Entry No. 31) is GRANTED. By contemporaneously entered order, the Court has entered the parties' agreed order (Docket Entry No. 31-1).

Since the November 29, 2010, orders provided a February 1, 2011, deadline for filing motions to amend the pleadings or to add additional parties, the Court assumes that the parties intended to extend the deadline to March 3, 2011, for filing motions to amend the pleadings and/or to add additional parties, although the language of the agreed order provides that the deadline for "amendment of pleadings" is March 3, 2011.

When the parties confer and submit a proposed revised scheduling order by March 3, 2011, they shall address whether they intend for the March 3, 2011, deadline (or an extended deadline if such an extended deadline is proposed) to apply to motions to amend and/or to add parties or to amendments (without motions), and shall address, as appropriate, extensions of deadlines provided in both orders entered November 29, 2010 (Docket Entry Nos. 18 and 19).

The contemporaneously entered agreed order provides that the revised case management order to be filed by March 3, 2011, will not include adjusted deadlines that will impact the trial date. In other words, all briefing on any dispositive motion, i.e., the filing of the reply, must be completed,

at the very latest, by November 30, 2011, in light of the February 28, 2012, trial date and in compliance with Local Rule 16.01(d)(2)(f).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge