IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBALOPTIONS SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-00871 |
| vs. ) | Judge Nixon |
| ) | Magistrate Griffin |
| HALSEY FISCHER, ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER**

On January 20, 2011, Plaintiff GlobalOptions Services, Inc. ("Plaintiff"), filed a Motion to Amend the Case Management Order for the purpose of extending the deadline for motions to amend the pleadings and to add parties. (Docket 30) Defendant Halsey Fischer ("Defendant"), does not oppose a 30 day extension of the current deadline for motions to amend, during which time the parties will confer and submit a proposed revised case management order to the Court for its consideration. The parties' proposed case management order will propose a new deadline for amending the pleadings and adding parties, and it will propose adjusted deadlines that will not impact the trial date, but which will account for the adjustment to the amendment deadline.

By agreement of the parties, and, by and through their attorneys, it is STIPULATED and AGREED between the parties and ORDERED pursuant to Rule 6 of the Federal Rules of Civil Procedure that:

1. The February 1, 2011 deadline for amendment of pleadings in the Court's Scheduling Order of November 29, 2010 (Docket No. 19) is hereby vacated.

2. The new deadline for amendment of pleadings is March 3, 2011.

3. On or before March 3, 2011, the parties shall confer and submit a proposed revised Scheduling Order for the Court's consideration. The proposed scheduling order shall not affect the trial date in this action, February 28, 2012.

IT IS SO ORDERED.

_____
United States Magistrate Judge

N BHB 808589 v1
2918351-000001 01/28/2011

APPROVED FOR ENTRY:


s/Ben H. Bodzy
Lawrence S. Eastwood, Jr. (Tenn. BPR # 16071)
Ben Bodzy (Tenn. BPR #023517)
Baker, Donelson, Bearman, Caldwell & Berkowitz
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600

Attorneys for Plaintiff
GlobalOptions Services, Inc.


s/Philip M. Kirkpatrick (with permission)
Philip M. Kirkpatrick (Tenn. BPR # 6161)
Thomas M. Donnell, Jr. (Tenn. BPR #3541)
Dickinson Wright, PLLC
Fifth Third Center, Suite 1401
424 Church Street
Nashville, Tennessee 37219-2392
(615) 244-6538

Attorneys for Defendant
Halsey Fischer