IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLOBALOPTIONS SERVICES, INC.  )
                               )    No. 3-10-0871
v.                             )
                               )
HALSEY FISCHER                 )

O R D E R

On June 2, 2011, the defendant filed a motion for summary judgment (Docket Entry No. 43). The plaintiff shall have until July 5, 2011, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 19, 2011, if the response is filed on July 5, 2011.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except as expressly permitted by the Honorable John T. Nixon.

There is no stay of discovery until the September 1, 2011, deadline for completion of fact discovery or the October 1, 2011, deadline for completion of expert discovery, despite the pendency of the defendant's motion.

The defendant also filed a motion to maintain all filings in support of his motion under seal (Docket Entry No. 44), which he indicates he has filed "out of an abundance of caution," because the plaintiff or other "interested persons or entities" may deem the filings to contain confidential information. Thus the Court assumes that, if the plaintiff or anyone else has no objections to lifting the seal, the defendant has no objections to the filings being made available for public access.

By June 17, 2011, the plaintiff shall file a response to the motion to seal, indicating (1) that it has no objections to the filings being made available for public access; (2) that it knows of no other interested entity or person who objects to the filings being made available for public access; or (3) that it wants the filings to remain under seal, and, if so, why, and whether certain portions of the filings can be redacted and a redacted version of the filings made.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 43, and 45-52), the plaintiff's response to be filed no later than July 5, 2011, and any reply, if necessary, to be filed no later than July 19, 2011.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge